

**FILED**
December 27, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                       Plaintiff, )
v. )
                        )
JAYMAR ROSS, )
                       Defendant. )

Case No. 2:17-CRJ-00044-KJM-4

ORDER FOR TEMPORARY RELEASE
OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to temporary release <u>JAYMAR ROSS</u>, Case No. <u>2:17-CR-00044-KJM-4</u>, Charge <u>21 USC §§ 841(a)(1), 18 USC §§ 2320(a)(1), (a)(4)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Unsecured Appearance Bond

    ✔    (Other)    <u>Defendant shall be released from Nevada County Jail to the custody of Paul Schindler on 1/4/2019 at 7:00 AM to attend his brother's funeral in Daly City, CA and shall return to Nevada County Jail following the funeral by 1/4/2019 at 5:00 PM.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 27, 2018</u> at <u>3:00</u> PM.

By _____
Deborah Barnes
United States Magistrate Judge