IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №: 2:17-cr-00044 KJM |
| Plaintiff, | |
| vs. | **O R D E R**<br>**APPOINTING COUNSEL** |
| JAYMAR ROSS, | |
| Defendant. | |

    The court granted Mr. Fischer's motion to withdraw on February 11, 2022. CJA Panel attorney Tamara Soloman is hereby appointed effective February 11, 2022, the date the Office of the Federal Defender contacted her.

Dated: February 15, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE