IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00044 KJM |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| JAYMAR ROSS, | |
| Defendant. | |

Under Local Rule 141(b) and based upon the authorities contained in the Request to Seal filed by the United States, IT IS HEREBY ORDERED the government's *ex-parte* motion seeking and *in camera* review of personnel records for a government witness, including Exhibits A through D to that motion, the proposed order granting that motion, and the government's Request to Seal, shall be SEALED until further order of this court.

The court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The court finds, for the reasons stated in the government's request, sealing these documents serves a compelling interest. The court further finds, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its notice of request to seal, the court further finds there are no additional

/////

1  alternatives to sealing these documents that would adequately protect the compelling interests identified
2  by the government.
3  DATED: February 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE