**FILED**

MAY 0 1 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jaymar Ross ,<br><br>　　　　Defendant. | No.  2:17-CR-00044<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release Jaymar Ross ;

Case No. 2:17-CR-00044, from custody for the following reasons:

　　___Release on Personal Recognizance

　　___Bail Posted in the Sum of $

　　　　　　__  Unsecured Appearance Bond

　　　　　　__  Appearance Bond with 10% Deposit

　　　　　　__  Appearance Bond with Surety

　　　　　　__  Corporate Surety Bail Bond

　　__X__ (Other): <u>Time Served as of 5/1/2023 at 10:13 a.m.; Release as promptly as possible</u>.

Issued at Sacramento, California on _____May 1st_____, at __2023_____.

Kimberly J. Mueller
United States District Judge