KAREN L. LANDAU, CSB 128728
Law Office of Karen L. Landau, P.C.
460 Center St., # 6935
Moraga, CA 94570-6935
(510) 510-501-2781
Email: karenlandau@karenlandau.com

Attorney for Defendant Jaymar Ross

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2: 17-cr-44-KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JAYMAR ROSS, | |
| Defendant. | |

GOOD CAUSE APPEARING, the ex parte application of defense counsel for production of a copy of the sealed hearing occurring on February 11, 2022, is granted.

IT IS HEREBY ORDERED that court reporter Tiphanne Crowe shall prepare a transcript of the sealed hearing and provide a copy to attorney Landau. The transcript shall remain under seal at this time and be provided to attorney Landau only.

Dated:  July 24, 2023

CHIEF UNITED STATES DISTRICT JUDGE

Dkt. No.2:17-cr-44-KJM